IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAYTON JAMES SROCK,** | : | |
| Petitioner | : | |
| | : | CIVIL ACTION NO. 3:18-CV-1292 |
| v. | : | |
| | : | (Judge Caputo) |
| **MICHAEL CLARK,** | : | |
| Respondent | : | |

**O R D E R**

**AND NOW**, this **23rd** of **JANUARY 2019**, in accordance with the accompanying Memorandum, it is **ORDERED** that:

1. Mr. Srock's petition for writ of habeas corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court shall **CLOSE** this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**